IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**ARON FREELAND,**

       Plaintiff,

v.                                                          **Civil Action No. 5:25-CV-4**
                                                               Judge Bailey

**WILLIAM K. MARSHALL, III,** West Virginia
Department of Corrections and
Rehabilitation, **SHELBY SEARLS,**
Superintendent of Huttonsville Correctional
Center, and **LT. (OFFICER) EMERY
RUNKLE,** Captain at Huttonsville Correctional
Center,

       Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On January 8, 2025, the *pro se* plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983 in the Southern District of West Virginia. Because the allegations concern events at Huttonsville Correctional Center in Huttonsville, West Virginia, the case was transferred to this Court on January 14, 2025, and the Court sent plaintiff a Notice of Deficient Pleading and Intent to Dismiss, informing plaintiff that he must refile his Complaint on the court-approved form within thirty days. Service of that Order was accepted on January 17, 2025.

To date, thirty-eight days after plaintiff received the notice, plaintiff has not refiled his Complaint on the court-approved form. Accordingly, pursuant to the Federal Rules of Civil Procedure 41(b), it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED:** February 24, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE